**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JUNE RILEY,

    Plaintiff,                                     Case No: 0:16-cv-61495-WJZ

vs.

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, June Riley, by and through undersigned counsel, hereby gives notice of a pending settlement concerning the instant matter. The parties have reached a tentative settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted this 29th day of December 2016.

                                                    By:/s/ *Christopher Legg*
                                                    Christopher W. Legg, Esq.
                                                    Fla. Bar No.: 44460

                                                    Buchwald Legg, PLLC
                                                    3837 Hollywood Blvd., Ste. B
                                                    Hollywood, FL 33021
                                                    Office: 954-962-2333
                                                    Chris@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Christopher Legg*
Christopher W. Legg, Esq.